# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

TED MANNING,

    Plaintiff,

v.                                  Case No. 3:18-cv-784-J-32JBT

WELLS FARGO BANK, N.A.,

    Defendant.

## **O R D E R**

This case is before the Court on the Joint Stipulation to Arbitrate Claims and Stay Action. (Doc. 11).

Upon due consideration, it is hereby

**ORDERED:**

1. The Joint Stipulation to Arbitrate Claims and Stay Action is **GRANTED**. (Doc. 11).

2. The arbitration will be conducted through the American Arbitration Association ("AAA").

3. Plaintiff shall timely initiate arbitration with the AAA.

4. This case is **STAYED** pending arbitration.

5. The parties shall file a joint status update with the Court not later than two weeks after the arbitration proceedings have concluded.

6. The Clerk shall administratively close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 30th day of July, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Counsel of record