UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TED MANNING,

    Plaintiff,

v.                                                Case No. 3:18-cv-784-J-32JBT

WELLS FARGO BANK, N.A.,

    Defendant.

_____

## **O R D E R**

Upon review of Joint Stipulation of Dismissal with Prejudice (Doc. 15), filed on January 14, 2019, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 14th day of January, 2019.

                                                        TIMOTHY J. CORRIGAN
                                                        United States District Judge

jb
Copies:

Counsel of record